■ In the Matter of Steven O., a Person Alleged to be a Juvenile Delinquent, Appellant. [932 NYS2d 699]—

The court properly exercised its discretion when it declined to adjudicate appellant a person in need of supervision, and instead adjudicated him a juvenile delinquent and placed him on probation. This was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]), in light of the underlying incident, which was a serious sex offense against a considerably younger child, as well as a clinical psychologist's recommendation. Accordingly, the court properly concluded that appellant was in need of an 18-month period of probation. Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Acosta and Abdus-Salaam, JJ.